**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

AMALGAMATED TRANSIT UNION INTERNATIONAL, ET AL.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

Defendants.

Case No.: 2:26-cv-02531-DJC-AC

**RECUSAL ORDER**

Upon examination of the above-captioned case, and in the interest of justice, District Judge Daniel J. Calabretta disqualifies himself from these proceedings pursuant to 28 U.S. Code § 455(a). Further, good cause appearing, the undersigned recuses himself as the presiding judge for the above-captioned case. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to another District Judge for all further proceedings;
2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the District Judge reassigned to this case;

///

3. The Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 19, 2026

/s/ Daniel J. Calabretta

THE HONORABLE JOHN A. CALABRETTA
UNITED STATES DISTRICT JUDGE