# United States District Court
# Eastern District of California

AMALGAMATED TRANSIT UNION, INTERNATIONAL, et al.,

Plaintiff(s)

V.

UNITED STATES DEPARTMENT OF LABOR, et al.,

Defendant(s)

Case Number: 2:26-cv-02531-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rachel Casper hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amalgamated Transit Union International, et al.

On 5/5/2025 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/23/2026 Signature of Applicant: /s/ Rachel Casper

**Pro Hac Vice Attorney**

Applicant's Name: Rachel Casper

Law Firm Name: Bredhoff & Kaiser P.L.L.C.

Address: 805 15th Street NW

Suite 1000

City: Washington State: D.C. Zip: 20005

Phone Number w/Area Code: (202) 842-2600

City and State of Residence: Washington, D.C.

Primary E-mail Address: rcasper@bredhoff.com

Secondary E-mail Address: eroberts@bredhoff.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Benjamin K. Lunch

Law Firm Name: Neyhart, Anderson, Flynn & Grosboll

Address: 369 Pine Street

Suite 400

City: San Francisco State: CA Zip: 94104-3301

Phone Number w/Area Code: (415) 677-9445 Bar # 246015

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 20, 2026

JUDGE, U.S. DISTRICT COURT