Jacob Karabell, D.C. Bar # 996066 (*pro hac vice*)
Rachel S. Casper, D.C. Bar # 90017405 (*pro hac vice*)
Andrew Waks, D.C. Bar # 90014328 (*pro hac vice*)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
jkarabell@bredhoff.com
rcasper@bredhoff.com
awaks@bredhoff.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**AMALGAMATED TRANSIT UNION INTERNATIONAL, ET AL.**,

Plaintiffs,

vs.

**UNITED STATES DEPARTMENT OF LABOR, ET AL.**,

Defendants,

**THE STATE OF CALIFORNIA**,

Defendant-Intervenor.

Case No.: **2:26-CV-02531-TLN-AC**

**STIPULATION AND ORDER REGARING SUMMARY JUDGMENT BRIEFING SCHEDULE**

| | |
|---|---|
| Dept: | 2 |
| Judge: | The Honorable Troy L. Nunley |
| Action Filed: | November 6, 2025 |

**JOINT STIPULATION REGARDING SUMMARY-JUDGMENT BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 143 and this Court's August 25, 2026 order (Dkt. No. 59), the parties to the above-captioned case hereby stipulate and submit to the following:

WHEREAS, Plaintiffs Amalgamated Transit Union International, et al. ("Plaintiffs") filed a complaint on November 6, 2025, in the United States District Court for the District of Columbia challenging administrative decisions to certify federal grant applications to California regional transit agencies as protective of the interests of transit employees under Section 13(c) of the Urban Mass Transportation Act, 49 U.S.C. § 5333(b), over Plaintiffs' objections based on the

California Public Employee Pension Reform Act of 2013, Cal. Gov't Code § 7522 *et seq.* (ECF No. 1);

WHEREAS, Defendants United States Department of Labor and Secretary of Labor Lori Chavez-DeRemer[1] ("DOL Defendants") filed a certified copy of the administrative record on February 12 and February 18, 2026 (Dkt. Nos. 24 and 26);

WHEREAS, Plaintiffs filed a motion for summary judgment on February 17, 2026 (ECF No. 25), after which DOL Defendants filed a cross-motion for summary judgment on March 27, 2026 (Dkt. No. 30);

WHEREAS, shortly after DOL Defendants filed their cross-motion for summary judgment, the D.C. District Court granted the motion of the State of California to intervene as a defendant in this case (Dkt. No. 31);

WHEREAS, there was no additional briefing on Plaintiffs' and DOL Defendants' cross-motions for summary judgment, nor did Defendant-Intervenor California have the opportunity file its own cross-motion for summary judgment, before the D.C. District Court granted Defendant-Intervenor California's motion to transfer this case to this Court on July 9, 2026 (Dkt. No. 43);

WHEREAS all parties agree that, in light of the transfer to this Court, it would facilitate an efficient resolution of the legal issues in the case to have fresh briefing that among other things acknowledges that D.C. Circuit precedents are no longer controlling;

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order directing the parties to brief cross-motions for summary judgment on the following schedule, and granting leave to exceed the page limits for motions under the Court's Standing Order, as specified below:

- Plaintiffs and DOL Defendants withdraw their pending motions for summary judgment

---

[1] Since the DOL Defendants filed the administrative record, Acting Secretary of Labor Keith Sonderling has been substituted as a defendant for now-former Secretary Chavez-DeRemer pursuant to Fed. R. Civ. P. 25(d).

(Dkt. Nos. 25 & 30) without prejudice;

- Plaintiffs shall file their motion for summary judgment and their supporting brief (limited to 30 pages) by October 16, 2026;
- DOL Defendants and Defendant-Intervenor California shall each have the right to file a separate cross-motion for summary judgment, together with a separate brief supporting its cross-motion and opposing Plaintiffs' motion (limited to 35 pages each) by December 11, 2026;
- Plaintiffs shall file a single opposition/reply brief in response to the two separate briefs filed by the DOL Defendants and Defendant-Intervenor California (limited to 25 pages) by January 8, 2027;
- DOL Defendants and Defendant-Intervenor California shall each have the right to file a separate reply to Plaintiffs' opposition/reply brief (limited to 20 pages each) by February 5, 2027; and
- Defendant-Intervenor California reserves the right to file a Motion to Supplement the Record.

Dated this 4th of September, 2026.

Respectfully submitted,

*/s/ Jacob Karabell*

Jacob Karabell, D.C. Bar # 996066*
Rachel S. Casper, D.C. Bar # 90017405*
Andrew K. Waks, D.C. Bar # 90014328*
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
jkarabell@bredhoff.com
rcasper@bredhoff.com
awaks@bredhoff.com
* Admitted *pro hac vice*

Benjamin K. Lunch (CA Bar #246015)
Neyhart, Anderson, Flynn & Grosboll
369 Pine Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 677-9445
blunch@neyhartlaw.com

*Counsel for Plaintiffs*

ROB BONTA
Attorney General of California

ANNA FERRARI (CA SBN 261579)
Supervising Deputy Attorney General

By: */s/ Lindsay M. Bailey*
LINDSAY M. BAILEY (CA SBN 285047)
Deputy Attorney General

Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6398
Email: Lindsay.Bailey@doj.ca.gov

*Counsel for Defendant-Intervenor State of California*

ERIC GRANT
United States Attorney

By: */s/ Brodie M. Butland*
Brodie M. Butland
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Email: Brodie.Butland@usdoj.gov

*Counsel for Defendants*

**ORDER]**

Pursuant to stipulation, IT IS SO ORDERED.

Plaintiffs' pending motion for summary judgment (Dkt. No. 25) is withdrawn without prejudice;

DOL Defendants' pending cross-motion for summary judgment (Dkt. No. 30) is withdrawn without prejudice;

Plaintiffs' motion for summary judgment and supporting brief, which shall not exceed 30 pages, shall be filed by October 16, 2026. DOL Defendants' and Defendant-Intervenor California's cross-motions for summary judgment, together with a separate brief supporting each cross-motion and opposing Plaintiffs' motion, which shall not exceed 35 pages each, shall be filed by December 11, 2026. Plaintiffs' consolidated reply and opposition brief, which shall not exceed 25 pages, shall be filed by January 8, 2027; and DOL Defendants' and Defendant-Intervenor California's reply briefs, which shall not exceed 20 pages each, shall be filed by February 5, 2027. This Order shall not affect Defendant-Intervenor California's ability to file a Motion to Supplement the Record.

Dated: September 4, 2026

Troy L. Nunley
Chief United States District Judge